**Order entered May 25, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00201-CR

### EX PARTE RICHARD ASHCRAFT

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-87790-2020**

### ORDER

Before the Court is the State's May 21, 2021 motion for an extension of time to file the State's brief. We **GRANT** the motion and extend the time to file the State's brief to **June 28, 2021**.

/s/    LANA MYERS
JUSTICE